IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ERIC HOUSTON,                              :
                                           :
       Petitioner                 :
                                           :
   v.                                   : CIVIL NO. 4:CV-14-791
                                           :
CHARLES E. SAMUELS, ET AL.,                : (Judge Brann)
                                           :
       Respondents                :

## ORDER

July 8, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Petitioner's request for leave to proceed in forma pauperis is **GRANTED**.

    2.    Houston's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

    3.    The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge